MICHAEL ACCETTA v. BOARD OF EDUCATION OF THE CITY OF HOBOKEN, HUDSON COUNTY.

September 28, 1982.

Petition for certification denied.

HELEN M. PATTERSON v. AGWAY, INC.

September 28, 1982.

Petition for certification denied.

CHERRY HILL INDUSTRIAL PROPERTIES, INC.

v.

TOWNSHIP OF VOORHEES.

September 28, 1982.

Petition for certification is granted, the judgment of the Appellate Division is modified to limit the reassessment of plaintiff's property to the years 1978 and 1979 (see *N.J.S.A.* 54:4–63.12) and, as modified, is summarily affirmed.

STATE OF NEW JERSEY v. NINO GRASSI.

September 28, 1982.

Petition for certification granted.